IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SOUND VIEW INNOVATIONS LLC, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civ. No. 19-660-CFC/CJB |
| WALMART INC. and VUDU, INC., | ) ) ) | |
| Defendants. | ) ) | |
| SOUND VIEW INNOVATIONS LLC, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civ. No. 19-964-CFC/CJB |
| CIGNA CORPORATION and CIGNA HEALTH AND LIFE INSURANCE COMPANY, | ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

At Wilmington this 13th day of January, 2020, having considered the Report and Recommendation issued by United States Magistrate Judge Christopher J. Burke on December 23, 2019, and upon the expiration of the time allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objections having been filed;

IT IS ORDERED that:

1. Magistrate Judge Burke's Report and Recommendation (D.I. 62 in Civil Action No. 19-660 and D.I. 64 in Civil Action No. 19-964) is adopted.

2. Defendants' motions to dismiss (D.I. 10 in Civil Action No. 19-660, D.I. 12 in Civil Action No. 19-964) are denied as to the issue of collateral estoppel.

3. The Walmart Action and the Cigna Action are stayed with respect to the '062 patent, pending the resolution of the appellate process as to the *Hulu* Order (or absent further order of the Court).

4. The Cigna Action is stayed with respect to the '371 patent pending resolution of the appeal of the PTAB Decisions at the Federal Circuit (or absent further order of the Court).

                                                   _____
                                                   United States District Judge