IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOUND VIEW INNOVATIONS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 19-660 (CFC) (CJB) |
| | ) |
| WALMART INC. and VUDU, INC., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION TO STAY PENDING *INTER PARTES* REVIEW**

Defendants Walmart Inc. and Vudu, Inc. ("Defendants") respectfully move to stay this litigation pending institution and final resolution of the *inter partes* review petitions filed with the Patent Office against all asserted claims across all patents asserted by Plaintiff Sound View Innovations, LLC ("Sound View"). The grounds for this Motion are more fully set forth in Defendants' opening brief filed herewith. A proposed order is attached.

In accordance with D. Del. LR 7.1.1, counsel for Defendants have made a reasonable effort to reach agreement with counsel for Sound View on the subject matter of this Motion but they have been unable to reach agreement. Defendants in the related actions – C.A. Nos. 19-659 and 19-964 - do not oppose this Motion.

OF COUNSEL:

Michael Rhodes
Heidi L. Keefe
COOLEY LLP
3175 Hanover Street
Palo Alto, CA   94304-1130
(650) 843-5001

Phillip E. Morton
Emily E. Terrell
COOLEY LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC   20004-2400
(202) 728-7055

Dustin Knight
COOLEY LLP
Reston Town Center
11951 Freedom Drive, 14th Floor
Reston, VA   20190-5640
(703) 456-8024

May 6, 2020

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Lucinda C. Cucuzzella*

Jack B. Blumenfeld (#1014)
Karen Jacobs (#2881)
Lucinda C. Cucuzzella (#3491)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
kjacobs@mnat.com
ccucuzzella@mnat.com

*Attorneys for Defendants Walmart Inc. and Vudu, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOUND VIEW INNOVATIONS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 19-660 (CFC) (CJB) |
| ) | |
| WALMART INC. and VUDU, INC., ) | |
| ) | |
| Defendants. ) | |

**[PROPOSED] ORDER GRANTING DEFENDANTS'
MOTION TO STAY PENDING *INTER PARTES* REVIEW:**

This ___ day of _____, 2020, upon consideration of Defendants Walmart Inc. and Vudu, Inc.'s Motion to Stay Pending *Inter Partes* Review,

IT IS HEREBY ORDERED that Defendants' Motion to Stay Pending *Inter Partes* Review is GRANTED. This action is hereby stayed pending final resolution, including appeals, of the petitions for *Inter Partes* review. The parties shall file a status report within 30 days of such final resolution.

SO ORDERED this _____ day of _____, 2020.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2020, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on May 6, 2020, upon the following in the manner indicated:

| | |
|---|---|
| John C. Phillips, Jr., Esquire<br>Megan C. Haney, Esquire<br>PHILLIPS, GOLDMAN, MCLAUGHLIN & HALL, P.A.<br>1200 North Broom Street<br>Wilmington, DE  19806-4204<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Alan S. Kellman, Esquire<br>Richard M. Cowell, Esquire<br>Edward Geist, Esquire<br>Kathryn Bi, Esquire<br>Carson Olsheski, Esquire<br>Michael Ling, Esquire<br>Frederick Ding, Esquire<br>DESMARAIS LLP<br>230 Park Avenue<br>New York, NY  10169<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

*/s/ Lucinda C. Cucuzzella*

Lucinda C. Cucuzzella (#3491)